**UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

|  |  |
|---|---|
| *In re:*<br><br>*Omar Hernandez*<br><br><br>xxx–xx–5215<br><br>Debtor(s) | Case No. 11–00302–ESL13 ESL<br><br>Chapter 13<br><br><br><br>FILED & ENTERED ON<br>*January 21, 2011* |

*NOTICE OF CHAPTER 7 AND 13 CASE FILING REVIEW AND POSSIBLE DISMISSAL*
[INDIVIDUAL DEBTORS ONLY]

Upon review of your petition, the following documents have not been filed. Failure to file or request an extension within forty–five (45) days after the date of the filing of the petition, as specified by 11 USC §§521(i), will result in the automatic dismissal of the case.

- ☒ SCHEDULES [Official Form B6]
    - ☐ SUMMARY OF SCHEDULES
    - ☐ SCHEDULE A – Real Property
    - ☐ SCHEDULE B – Personal Property
    - ☐ SCHEDULE C – Property Claimed as Exempt
    - ☐ SCHEDULE D – Creditors Holding Secured Claims
    - ☐ SCHEDULE E – Creditors Holding Unsecured Claims
    - ☐ SCHEDULE F – Creditors Holding Unsecured Nonpriority Claims
    - ☐ SCHEDULE G – Executory Contracts and Expired Leases
    - ☐ SCHEDULE H – Codebtors
    - ☐ SCHEDULE I – Current Income of Individual Debtor(s)
    - ☐ SCHEDULE J – Current Expenditures of Individual Debtor(s)
- ☒ Statement of Financial Affairs [Official Form 7] : signed by debtor
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Chapter 7 Statement of Current Monthly Income and Means Test Calculation [Official Form B22A]
- ☒ Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation [Official Form B22C]
- ☐ Declaration of Bankruptcy Petition Preparer [Official Form B19B]
- ☐ Exhibit D – Individual Debtor Statement of Compliance with Credit Counseling Requirement
- ☒ Disclosure of compensation of Attorney for Debtor

*CELESTINO MATTA–MENDEZ*
Clerk of the Court
By: Carlos Torres
Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: torreslc            Page 1 of 1              Date Rcvd: Jan 21, 2011
Case: 11-00302                 Form ID: caservw          Total Noticed: 6

The following entities were noticed by first class mail on Jan 23, 2011.
db              +Omar Hernandez,    AB 13 Monserrate Avenue Local 4,    Carolina, PR 00985
3147292         +ASUME,    PO BOX 510,    LOIZA PR 00772-0510
3147294          BBVA,    PO BOX 71397,    SAN JUAN PR 00936-8497
3147293          EUROLEASE,    PO BOX 192099,    SAN JUAN PR 00919-2099
3147291         +JUAN BENIQUEZ BENIQUEZ,    AVE MONSERRATE AB 13,    CAROLINA PR 00985
3147295          MARELYN RODRIGUEZ,    SOLAR 18 LOIZA ESTATES,    LOIZA PR 00772

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3147290          HERNANDEZ, OMAR
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 23, 2011**                    **Signature:** *Joseph Speetjens*