# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re: Omar Hernández
Debtor

11-00302-ESL13
Chapter 13

### DECLARATION UNDER PENALTY OF PERJURY
### TO ACCOMPANY PETITIONS, SCHEDULES AND STATEMENTS FILED ELECTRONICALLY

I, OMAR HERNANDEZ, the undersigned debtor, pursuant to **Fed.R.Bankr.P.5005(a)(2)** and **P.R.L.B.R.5005-4(a)**, hereby declare under penalty of perjury as follows:

1. I have reviewed and signed the originals of the documents identified below and the information contained in said Verified Documents is true and correct to the best of my knowledge and belief.

2. I understand that Verified Documents identified below when filed by my attorney of record in electronic form shall be treated for all purposes - both civil and criminal, including penalties for perjury - in the same manner as though signed or subscribed via a wet signature.

3. I understand that the Verified Documents identified below will be filed by my attorney of record in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Documents I have hereby signed.

1

4. I understand that my attorney is required by the court to retain the original signed Verified Documents for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

5. The Verified Documents hereby signed by me today are the following:

   a. <u>Schedule A</u> - Real Property
   b. <u>Schedule B</u> - Personal Property
   c. <u>Schedule C</u> - Property Claimed as Exempt
   d. <u>Schedule D</u> - Creditors Holding Secured Claims
   e. <u>Schedule E</u> - Creditors Holding Unsecured Priority Claims
   f. <u>Schedule F</u> - Creditors Holding Unsecured Nonpriority Claims
   g. <u>Schedule G</u> - Executory Contracts and Unexpired Leases
   h. <u>Schedule H</u> - Codebtors
   i. <u>Schedule I</u> - Current Income of Individual Debtor
   j. <u>Schedule J</u> - Current Expenditures of Individual Debtors
   k. <u>B 22C</u> - Chapter 13 Statement Of Current Monthly Income And Calculation Of Commitment Period And Disposable Income
   l. <u>B 7</u> - Statement Of Financial Affairs
   m. <u>B 203</u> - Disclosure Of Compensation Of Attorney For Debtor

S/Omar Hernández
Omar Hernández
DEBTOR

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 3rd, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties in interest.

**In New York, New York, this 3rd day of February, 2011.**

**S/William Meléndez-Menéndez**
William Meléndez-Menéndez
USDC-PR No. 226902
410 Park Ave. Suite # 1223, New York, New York 10022
We.Melendez@e-Lex.us
(718)725-7387