IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

OMAR HERNANDEZ

XXX-XX-5215

Debtor(s)

CASE NO. 11-00302 ESL

Chapter 13

FILED & ENTERED ON 02/08/2011

## ORDER

Debtor's motion for extension of additional seven (7) days to file plan (docket entry #18) is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 8th day of February, 2011.

*Enrique S. Lamoutte Inclan*
U. S. Bankruptcy Judge

CC: DEBTOR
WILLIAM MELENDEZ
JOSE RAMON CARRION MORALES