IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

OMAR HERNANDEZ

XXX-XX-5215

Debtor(s)

CASE NO. 11-00302 ESL

Chapter 13

FILED & ENTERED ON 02/08/2011

## ORDER

Debtor's motion for extension of additional seven (7) days to file plan (docket entry #18) is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 8th day of February, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR
    WILLIAM MELENDEZ
    JOSE RAMON CARRION MORALES

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: moralesl            Page 1 of 1              Date Rcvd: Feb 08, 2011
Case: 11-00302                 Form ID: pdf002           Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 10, 2011.
```
db           +OMAR HERNANDEZ,   AB 13 MONSERRATE AVE,   LOCAL 4,   CAROLINA, PR 00985
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2011**                           **Signature:** _Joseph Speetjens_