**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

In re: Omar Hernández
Debtor

11-00302-ESL13
Chapter 13

### CHAPTER 13 PAYMENT PLAN

Now comes Debtor, pursuant to **11 U.S.C. § 1321**, *et. seq.,* and **Fed. R. Bankr. P. 3015**, through the undersigned counsel, and states as follows:

1. The plan base is calculated as follows:

   **a.** Child Support Obligation . . . . . . . . . . . .    $18,000.00

   **b.** Attorney's Fees             . . . . . . . . . . . .    $ 1,500.00

   **c.** Trustee Fee Factor . . . . . . . . . . . . . . .    <u>$ 2,167.00</u>

   **d.** Plan Base              . . . . . . . . . . . . . .    <u>**$21,667.00**</u>

2. The payment plan schedule is: $361.12 x 60 months =    <u>**$21,667.00**</u>

3. <u>**14.3 %**</u> of all of the future earnings of the debtor is submitted to the supervision and control of the Trustee herein, such earnings being sufficient and necessary for the execution of this plan.

4. From the sums so received, the trustee shall make the following payments:

   **a.** The priority payments required by **11 U.S.C. § 1321**:

      **i.** Child Support Obligation . . . . . . . . . . . .    $300.00

    **ii.** Attorney's Fees . . . . . . . . . . . . . . . . . . $ 25.00

    **iii.** Trustee's Fees . . . . . . . . . . . . . . . . . $ 36.12

**5.** The following executory contracts of the debtor are rejected:

    **a.** Juan Beniquez, AVE MONSERRATE AB 13 CAROLINA PR 00983; Nonresidential Real Property.

    **b.** Oriental Leasing, 997 SAN ROBERTO ST SAN JUAN PR 00926; Nissan Pathfinder Vehicle lease.

    **c.** Oriental Leasing, 997 SAN ROBERTO ST SAN JUAN PR 00926; Ford F-150 Vehicle lease.

**6.** On confirmation of the plan herein, the property of the estate shall vest in the debtor.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 11th, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties in interest.

**In New York, New York, this 11th day of February, 2011.**

**S/William Meléndez-Menéndez**
William Meléndez-Menéndez
USDC-PR No. 226902
410 Park Ave. Suite # 1223, New York, New York 10022
We.Melendez@e-Lex.us
(718)725-7387