IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: OMAR J HERNANDEZ

Bkrtcy. No. 11-00302-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Jan 20, 2011 | Meeting Date: Feb 25, 2011 | DC Track No. 1 |
| Days from petition date: 36 | Meeting Time: 8:00 AM | |
| 910 Days before Petition: 7/24/2008 | ☐ Chapter 13 Plan Date Jan 20, 2011 Dkt.# 21 | ☐ Amended. |
| This is debtor(s) Bankruptcy petition. | Plan Base: $21,667.20 | |
| This is the Scheduled Meeting | Confirmation Hearing Date: Mar 30, 2011 | Time: 2:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.   Date   Amount | Total Paid In: $0.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference
- ☒ Debtor Present   ☒ ID & Soc. OK   ☐ Debtor Absent
- ☐ Joint Debtor Present   ☐ ID & Soc. OK   ☐ Joint Debtor Absent
- Debtor(s) was/were ☐ Examined ☒ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney:   ☐ Pro-se.

☒ Creditor(s) present: ☐ None.
Jackeline Hernandez — Madelyn Rodriguez

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: **WILLIAM E MELENDEZ\*** ; Miguel A Cuadra Roy
Total Agreed: $3,000.00   Paid Pre-Petition: $1,500.00   Outstanding: $1,500.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.   Liquidation Value: TBD
- Commitment Period is ☐ 36 TBD ☐ 60 months. [§1325(b)(1)(B)]   Gen. Unsecured Pool: TBD
- **The Trustee** ☐ **RECOMMENDS** ☐ **OBJECTS** Plan confirmation.
- §341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: June 7, 2011 at 1:00 pm

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

The hearing was continue since Debtor has not submitted the monthly operating report for the six month prior to the filing of the voluntary petition and will amend Schedule B to list other assets.

/s/ José R. Carrión
Trustee   Presiding Officer   Page 1 of 1   Date: Feb 25, 2011