IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**OMAR HERNANDEZ MALDONADO**

**DEBTOR**  **CASE NO. 11-00302**
**CHAPTER 13**

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**TO THE HONORABLE COURT:**

COMES NOW, undersigned attorney and hereby enter its appearance in this case on behalf the Administration for Child Support and requests that all pleadings, orders, notices and other documents files and entered in this case be served.

**RESPECTFULLY SUBMITTED**

CERTIFY: That on this same date I electronically filed the foregoing with the clerk of the court, using CM/ECF system which will send notification of such filing to all registered CM/ECF participants.

In Ponce, Puerto Rico this March 29, 2011

**IVELISSE TORO ZAMBRANA**
**Federal Bar no. 214513**
**Attorney for creditor**
**ASUME**
Postal PO Box 7719
Ponce, Puerto Rico 00732
Tel. 787-844-5770
Fax 787-842-4664
Email <u>fatoro@prtc.net</u>
<u>S/ IVELISSE TORO ZAMBRANA</u>